**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2021
AUGUST 10, 2021 SESSION



FILED
AUG 11 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 2:21-00141
                                      18 U.S.C. § 2423(b)
                                      18 U.S.C. § 2422(b)

**JAMES RUSSELL LOAR, JR.**

# I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE
### (Travel to Engage in Illicit Sexual Conduct)

On or about May 27, 2021, defendant JAMES RUSSELL LOAR, JR. did travel in interstate commerce, that is, from at or near Washington, Pennsylvania, to at or near Maysel, Clay County, West Virginia, within the Southern District of West Virginia, for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person.

In violation of Title 18, United States Code, Section 2423(b).

## COUNT TWO
### (Attempted Enticement of a Minor)

From in or about July 2020, through on or about May 27, 2021, at or near Washington, Pennsylvania, defendant JAMES RUSSELL LOAR, JR., using a facility and means of interstate and foreign commerce, that is a cell phone and the Snapchat messenger platform, did knowingly attempt to persuade, induce, entice, and coerce an individual, who had not attained the age of 18 years, and who was located at or near Maysel, Clay County, West Virginia, and within the Southern District of West Virginia, to engage in any sexual activity for which any person could have been charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE

In accordance with 18 U.S.C. §§ 981(a)(1)(C) and 2428, 28 U.S.C. § 2461, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant JAMES RUSSELL LOAR, JR. of a violation of 18 U.S.C. §§ 2421 et seq., as set forth in this indictment, defendant shall forfeit to the United States any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment, including, but not limited to any cellular phone or mobile device used to commit the violations set forth.

LISA G. JOHNSTON
Acting United States Attorney

By: _____
RYAN A. KEEFE
Assistant United States Attorney